

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-22-2006

# USA v. Sheard

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-1295

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Sheard" (2006). *2006 Decisions*. Paper 1553.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1553

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 05-1295
_____

UNITED STATES OF AMERICA

v.

ERRIN SHEARD,

Appellant
_____

Appeal from the United States District Court
For the District of New Jersey
D.C. No.: 04-cr-00545-1
District Judge: Honorable Robert B. Kugler
_____

Submitted Under Third Circuit LAR 34.1(a) January 13, 2006

Before:  ROTH, FUENTES, and ROSENN[*], Circuit Judges

(Filed:  February 22, 2006)
_____

OPINION OF THE COURT
_____

FUENTES, Circuit Judge.

While serving a sentence for bank robbery, Errin Sheard was convicted of simple

assault against a corrections officer, Christopher Johnson. Sheard hit Johnson in the nose

_____

[*] Judge Rosenn passed away before the release of this opinion.

while the two were in a prison stairwell, and Johnson received medical treatment. Sheard testified at trial that he swung at Johnson in self-defense after Johnson hit him in the back of the head and tried to throw him to the ground. In support of his self-defense claim, Sheard attempted to cross-examine two government witnesses at trial about Johnson's reputation for aggressive behavior, but the District Court refused to allow the questioning. Sheard now appeals, arguing that the District Court should not have excluded this line of cross-examination.[1]

This Court reviews a District Court's decision on the admissibility of evidence for abuse of discretion. United States v. Serafini, 233 F.3d 758, 768 n.14 (3d Cir. 2000). However, we exercise plenary review over the Court's construction of the Federal Rules of Evidence. United States v. Johnson, 388 F.3d 96, 100 (3d Cir. 2004).

After considering the record and the submissions of the parties, we conclude that Sheard's claims on appeal are without merit. The judgment of the District Court is affirmed.

---

[1] The District Court had jurisdiction over this federal criminal case pursuant to § 18 U.S.C. 3231. This Court has jurisdiction over Sheard's appeal pursuant to 28 U.S.C. § 1291.